UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ZOW,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF GOVENORS OF THE UNIVERSITY OF NORTH CAROLINA, et al.,<br><br>Defendants. | ) | **JUDGMENT**<br>**CASE NO. 5:23-CV-290-M-RJ** |

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the court's order entered on March 26, 2024 [DE 114], the court ADOPTS IN PART the memorandum and recommendation [DE 102]. Defendants' motion to dismiss the amended complaint [DE 50] is GRANTED IN PART and DENIED IN PART. Plaintiff's motions for default judgment [DE 92, 93] are DENIED AS MOOT.

This Judgment filed and entered on March 26, 2024, and copies to:
James Zow (via U.S. Mail)
Counsel of record for defendants (via CM/ECF Electronic Notification)

March 26, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Kimberly R. McNally
Deputy Clerk